# Exhibit A

# Summons



In the matter of  Milton Tillman SSN #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 at 2410 Pinewood Ave, Baltimore, MD 21214
Internal Revenue Service (Division):  Small Business/Self-Employed
Industry/Area (name or number):  South Atlantic Area
Periods:  Calender years ending 12/31/2006, 12/31/2007, 12/31/2008, 12/31/2009, & 12/31/2010

### The Commissioner of Internal Revenue

To:  Provident Bank - Attn: Deborah Bailey
At:  7210 Ambassador Road, Baltimore, MD 21244-2739

You are hereby summoned and required to appear before  Carla Johnson, Revenue Agent, ID#0274-410 or her designee.
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT A

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:
31 Hopkins Plaza, Room 1000, Baltimore, MD 21201

Place and time for appearance at  31 Hopkins Plaza, Room 1000, Baltimore, MD 21201

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the  29th  day of  August , 2013  at _____ o'clock ____ m.
Issued under authority of the Internal Revenue Code this  29th  day of  July , 2013 .

_Signature of issuing officer_    Revenue Agent — Title
_Signature of approving officer (if applicable)_    Group Manager — Title

Part C — to be given to noticee

# Summons

In the matter of Milton Tillman SSN #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 at 2410 Pinewood Ave, Baltimore, MD 21214
Internal Revenue Service (Division): Small Business/Self-Employed
Industry/Area (name or number): South Atlantic Area
Periods: Calender years ending 12/31/2006, 12/31/2007, 12/31/2008, 12/31/2009, & 12/31/2010

## The Commissioner of Internal Revenue

To: Suntrust Bank - Attn: Subpoena Processing Department
At: PO BOX 620577, Orlando, FL 32862-0577

You are hereby summoned and required to appear before Carla Johnson, Revenue Agent, ID#0274-410 or her designee. an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT A

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:
31 Hopkins Plaza, Room 1000, Baltimore, MD 21201
Place and time for appearance at 31 Hopkins Plaza, Room 1000, Baltimore, MD 21201

on the 29th day of August, 2013 at _____ o'clock _____ m.
Issued under authority of the Internal Revenue Code this 29th day of July, 2013.

Department of the Treasury
Internal Revenue Service
Signature of issuing officer — Revenue Agent / Title

www.irs.gov
Signature of approving officer (if applicable) — Group Manager / Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Part C — to be given to noticee

3

**To:** Milton Tillman, Jr
**Address:** 2410 Pinewood Ave
Baltimore, MD 21244

**Date:** July 29, 2013

Enclosed is a copy of a summons served by the IRS to examine records made or kept by, or to request testimony from, the person summoned. If you object to the summons, you are permitted to file a lawsuit in the United States district court in the form of a petition to quash the summons in order to contest the merits of the summons.

## General Directions

1. You must file your petition to quash in the United States district court for the district where the person summoned resides or is found.

2. You must file your petition within 20 days from the date of this notice and pay a filing fee as may be required by the clerk of the court.

3. You must comply with the Federal Rules of Civil Procedure and local rules of the United States district court.

## Instructions for Preparing Petition to Quash

1. Entitle your petition "Petition to Quash Summons."

2. Name the person or entity to whom this notice is directed as the petitioner.

3. Name the United States as the respondent.

4. State the basis for the court's jurisdiction, as required by Federal Rule of Civil Procedure. See Internal Revenue Code Section 7609(h).

5. State the name and address of the person or entity to whom this notice is directed and state that the records or testimony sought by the summons relate to that person or entity.

6. Identify and attach a copy of the summons.

7. State in detail every legal argument supporting the relief requested in your petition. See Federal Rules of Civil Procedure. Note that in some courts you may be required to support your request for relief by a sworn declaration or affidavit supporting any issue you wish to contest.

8. Your petition must be signed as required by Federal Rule of Civil Procedure 11.

9. Your petition must be served upon the appropriate parties, including the United States, as required by Federal Rule of Civil Procedure 4.

10. At the same time you file your petition with the court, you must mail a copy of your petition by certified or registered mail to the person summoned and to the IRS. Mail the copy for the IRS to the officer whose name and address are shown on the face of this summons. See 7609(b)(2)(B).

The court will decide whether the person summoned should be required to comply with the summons request. Your filing of a petition to quash may suspend the running of the statute of limitations for civil liability or for criminal prosecution for offenses under the tax laws for the tax periods to which the summons relates. Such suspension would be in effect while any proceeding (or appeal) with respect to the summons is pending.

The relevant provisions of the Internal Revenue Code are enclosed with this notice. If you have any questions, please contact the Internal Revenue Service officer before whom the person summoned is to appear. The officer's name and telephone number are shown on the summons.

4