# EXHIBIT A



# Summons

In the matter of  Milton Tillman SSN # ▓▓▓-6354 at ▓▓▓▓▓▓▓▓▓▓▓▓ 21214
Internal Revenue Service (Division):  Small Business/Self-Employed
Industry/Area (name or number):  South Atlantic Area
Periods: Calender years ending 12/31/2006, 12/31/2007, 12/31/2008, 12/31/2009, & 12/31/2010

### The Commissioner of Internal Revenue

To: Provident Bank - Attn: Deborah Bailey

At: 7210 Ambassador Road, Baltimore, MD 21244-2739

You are hereby summoned and required to appear before Carla Johnson, Revenue Agent, ID#0274-410 or her designee, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT A

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
31 Hopkins Plaza, Room 1000, Baltimore, MD 21201

**Place and time for appearance at** 31 Hopkins Plaza, Room 1000, Baltimore, MD 21201

**IRS**  on the ___29th___ day of ___August___, 2013 at _____ o'clock _____ m.
Issued under authority of the Internal Revenue Code this __29th__ day of ___July___, 2013

Department of the Treasury
Internal Revenue Service
_____
Signature of issuing officer    Revenue Agent — Title

www.irs.gov
_____
Signature of approving officer (if applicable)    Group Manager — Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

**Original — to be kept by IRS**



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| July 29, 2013 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Provident Bank- Attn: Deborah Bailey 7210 Ambassador Road, Baltimore, MD 21244-2739 via article #70112000000245937016

| Signature | Title |
|---|---|
| [signed] | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: July 29, 2013   Time: certified mail Article#70112000000245937016

Name of Noticee: Milton Tillman

Address of Noticee (if mailed): ███████████ 21214

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| [signed] | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| . | Revenue Agent |

Form 2039 (Rev. 12-2001)

TTACHMENT TO SUMMONS ISSUED TO: Provident Bank, Attn: Deborah Bailey, 7210 Ambassador Road, Baltimore, MD 21244

IN THE MATTER OF: Milton Tillman Jr, SSN ▆▆▆-6354 at ▆▆▆▆▆▆▆▆▆▆▆▆ 21214

**ALL OPEN AND CLOSED ACCOUNTS:** FOR THE PERIOD: December 1, 2005 through January 31, 2011.

All records pertaining to the following individuals and business entities whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest. To include all accounts in which these individuals had signatory authority and/or the right of withdrawal.

IN:

~~These records should include, but are not limited to, the following:~~

**SAVINGS ACCOUNT RECORDS:** Including bank statements, signature cards, ledger cards or records reflecting dates and amounts of deposits, deposited items, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawal slips and withdrawals, and Forms 1099 issued.

**CHECKING ACCOUNT RECORDS:** Including signature cards, bank statements, deposit slips, deposited items, checks deposited, checks drawn on the account, records pertaining to all debit and credit memos, and Forms 1099 issued.

**LOAN RECORDS:** Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loan and a record disclosing the total amount of discount or interest paid annually, records of any liens, loans, correspondence files, and internal memoranda.

**SAFE DEPOSIT BOX RECORDS:** Including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment (cash or check).

**CERTIFICATES OF DEPOSIT AND MONEY MARKET CERTIFICATES:** Including applications, actual instrument(s), records of purchases and redemptions, checks issued on redemption, checks used to purchase certificates, any correspondence and any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, checks issued for interest payments.

**U.S. TREASURY NOTES AND BILL:** All records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, ~~checks used for the purchase or sale of the notes and bills, Forms 1099 issued,~~ checks issued for interest payments, records of interest paid or accumulated revealing the dates and amount of interest paid or accumulated.

**MASTERCARD AND/OR VISA RECORDS:** Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

**PURCHASE OF BANK CHECKS:** Purchase of bank checks, cashier, teller, travelers check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

**OTHER RECORDS:** Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions.

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities. All memoranda, notes, files, or records relating to meetings or conversations concerning the above person/entities.