# EXHIBIT B



# Summons

In the matter of  Milton Tillman SSN # ▮▮▮-6354 at ▮▮▮▮▮▮▮▮▮▮▮▮ 21214
Internal Revenue Service (Division): Small Business/Self-Employed
Industry/Area (name or number): South Atlantic Area
Periods: Calender years ending 12/31/2006, 12/31/2007, 12/31/2008, 12/31/2009, & 12/31/2010

### The Commissioner of Internal Revenue

To: Suntrust Bank - Attn: Subpoena Processing Department
At: PO BOX 620577, Orlando, FL 32862-0577

You are hereby summoned and required to appear before Carla Johnson, Revenue Agent, ID#0274-410 or her designee, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT A

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:
31 Hopkins Plaza, Room 1000, Baltimore, MD 21201

Place and time for appearance at 31 Hopkins Plaza, Room 1000, Baltimore, MD 21201

**IRS**  on the 29th day of August 2013 at ____ o'clock ____ m.
Issued under authority of the Internal Revenue Code this 29th day of July, 2013.

Department of the Treasury
Internal Revenue Service
www.irs.gov

_[Signature of issuing officer]_ — Revenue Agent — Title
_[Signature of approving officer (if applicable)]_ — Group Manager — Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| July 29, 2013 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Suntrust Bank- Attn: Subpoena Processing Dept PO Box 620577, Orlando, MD 32862-0577 via article #70112000000245937023

| Signature | Title |
|---|---|
| *[signed]* | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: July 29, 2013   Time: certified mail Article#70112000000245937023

Name of Noticee: Milton Tillman

Address of Noticee (if mailed): ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ 21214

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| *[signed]* | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent |

Form 2039 (Rev. 12-2001)

